**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**DRADEAN EUTSEY,**

        **Plaintiff,**

v.                                              Case No: 5:16-cv-310-Oc-28PRL

**AMERICAN IN-HOME CARE, LLC,**

        **Defendant.**

## ORDER

This case is before the Court on the Joint Amended Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 19). The assigned United States Magistrate Judge has submitted a Report (Doc. 20) recommending that the motion be granted, that the parties' settlement be accepted as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues, and that the case be dismissed with prejudice. No objection to the Report has been filed, and the time for the filing of objections has passed.

After review of the record in this matter, and noting that no objections to the Report have been filed, the Court agrees with the findings and conclusions in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Amended Motion for Approval of Settlement and Dismissal With Prejudice (Doc. 19) is **GRANTED**. The Court accepts the parties' settlement as a "fair and reasonable resolution of a bona fide dispute" over FLSA issues.

3. This case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida, on October 18, 2016.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record